```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MISTY BONILLA, | ) | 1:05-cv-0013 REC TAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter be extended from July 18, 2005 to August 24, 2005.

///

///

///

///

///

///

1

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter. Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: July 19, 2005                /s/ Gina M. Fazio
                                    (As authorized via facsimile)
                                    GINA M. FAZIO
                                    Attorney for Plaintiff


Dated: July 20, 2005                McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

**ORDER**

Based upon the parties' Stipulation, the Court finds that good cause exists to grant Defendant's request for an extension of time to respond to Plaintiff's confidential letter, and makes the following order:

1. Defendant shall have to and including August 24, 2005 to respond to Plaintiff's confidential letter.

IT IS SO ORDERED.

**Dated:   July 25, 2005**              /s/ Theresa A. Goldner
j6eb3d                                  UNITED STATES MAGISTRATE JUDGE

2