1 Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| MISTY BONILLA, | ) | |
|---|---|---|
| | ) | Civil Action No. 1:05-cv-0013 REC TAG |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 2 week extension of time, until October 7, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, January 5, 2005, shall proceed under the time limit guidelines set therein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | Dated:  September 23, 2005          /s/ Gina Fazio

2 |                                     GINA FAZIO,
                                        Attorney for Plaintiff.
3
  | Dated: September 26, 2005
4 |                                     MCGREGOR SCOTT
                                        United States Attorney
5
                                        By: /s/ KRISTI C. KAPETAN
6 |                                     (as authorized via facsimile)
                                        KRISTI C. KAPETAN
7 |                                     Assistant U.S. Attorney

8 | IT IS SO ORDERED.

9 | **Dated:   September 27, 2005**          **/s/ Theresa A. Goldner**
  | j6eb3d                                   UNITED STATES MAGISTRATE JUDGE