1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316

5  Attorneys for Defendant

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9  MISTY BONILLA,                )   1:05-cv-0013 REC TAG
                                  )
10             Plaintiff,         )   STIPULATION AND ORDER
                                  )   TO EXTEND TIME
11       v.                       )
                                  )
12 JO ANNE B. BARNHART,           )
   Commissioner of Social         )
13 Security,                      )
                                  )
14             Defendant.         )
                                  )
15

16      The parties, through their respective counsel, stipulate
17 that defendant's time to respond to plaintiff's opening brief be
18 extended from November 10, 2005 to December 9, 2005.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25
26
                                   1

1   This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief. Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

Respectfully submitted,

Dated: November 8, 2005

/s/ Gina M. Fazio
(as authorized via facsimile)
/s/ GINA M. FAZIO
Attorney for Plaintiff

Dated: November 8, 2005        McGREGOR W. SCOTT
                               United States Attorney


/s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney


IT IS SO ORDERED:

Dated: **November 9, 2005**

THE HONORABLE THERESA A. GOLDNER
United States Magistrate Judge

2